# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# 17-CR-20765-HUCK/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Rachel Monique JeanBaptiste,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge John O'Sullivan's Report and Recommendation on Change of Plea [D.E. 25][1], which was entered on December 6, 2017. In the Report and Recommendation, Magistrate Judge O'Sullivan recommends that the Defendant, Rachel Monique JeanBaptiste, be found to have freely and voluntarily entered a plea of guilty to Count 2 of the Indictment, namely bank robbery, in violation of Title 18, United States Code, Section 2113(a). Magistrate Judge O'Sullivan recommends that the Defendant's guilty plea be accepted, that the Defendant be adjudicated guilty of the offense to which the plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, but none were filed. Accordingly, having reviewed the record *de novo*, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge O'Sullivan's Report and Recommendation on Change of Plea [D.E. 25] is adopted and approved in its entirety. The Defendant's guilty plea is accepted, and he is adjudged guilty of bank robbery, in violation of Title

---

[1] The undersigned referred the change of plea hearing to Magistrate Judge Chris M. McAliley, [D.E. 16], filed December 4, 2017. Magistrate Judge John O'Sullivan handled this matter on behalf of Magistrate Judge Chris M. McAliley, [D.E. 19].

18, United States Code, Section 2113(a). A sentencing hearing will be held before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida, on **Tuesday, February 20, 2018, at 9:30 A.M.**

**DONE AND ORDERED** in Chambers in Miami, Florida, on December 27, 2017.

Paul C. Huck
United States District Judge

**Copies provided to:**
Counsel of Record
U.S. Pretrial Service